FILED
98 FEB 18 PM 3:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| PHILLIP GAY, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | CV 97-PT-2998-M |
| CARL ALBRIGHT, | ) ) ) | |
| Defendants. | ) ) | |

ENTERED
FEB 18 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on January 16, 1997, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed for failing to state a claim upon which relief can be granted under 28 U.S.C. § 1915A(b). The plaintiff filed objections to the report and recommendation on February 2, 1997.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be, and hereby is ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed for failing to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 10th day of Feb., 1998.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE